FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**B. BRETT HEAVNER**
202.408 4073
b.brett.heavner@finnegan.com

March 24, 2016

Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: Application for DMCA Subpoena

Dear Sir or Madam:

On behalf of the American Petroleum Institute ("API"), I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

As you may know, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that copyright owner file the following with the Clerk:

1) A copy of the notification required by Section 512(c)(3)(A);

2) A proposed subpoena; and

3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting the rights under this title.

Accordingly, attached for filing with the Clerk are the notification pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. As we have complied with the request of the statute, we ask that the Clerk, pursuant to Section 512(h)(4), expeditiously issue and sign the proposed subpoena and return it (c/o undersigned counsel) for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, please use the contact information noted in this letter.

Yours very truly,

B. Brett Heavner
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP

FINNEGAN | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**B. BRETT HEAVNER**
202.408.4073
b.brett.heavner@finnegan.com

March 24, 2017

**VIA E-MAIL: (copyright@amazon.com; david.zapolsky@amazon.com)**

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108

Re: Copyright and Trademark Infringement and Counterfeiting

Dear Colleague:

We are intellectual property counsel for the American Petroleum Institute ("API"), the leading trade association for the petroleum industry in the United States, and perhaps the world. For decades, API has authored standards for the safety and quality of products in the petroleum and gas industry, as well as recommended practices, specifications, and other publications. As author, API owns the copyright in these publications and has registered many of these copyrights with the U.S. Copyright Office. The copyrighted publications constitute a very valuable asset to API. Indeed, sales of the API publications to petroleum and gas industry professionals create considerable income for API. API also owns exclusive rights to its API logo, which appears on the publications and is used in advertising to promote the publications, as well as API's other goods and services. The API logo is registered with the U.S. Patent and Trademark Office (Reg. No. 3,285,891), and API additionally owns numerous foreign trademark registrations for the API logo.

To protect its valuable rights, API objects to unauthorized and confusing uses of its copyrighted works and its trademarks. It recently came to our attention that an Amazon seller going by the name "mediaus" was selling on its Amazon store a counterfeit MPMS (Manual of Petroleum Measurement Standards) that displayed the API logo. The URL was https://www.amazon.com/Chapter-Petroleum-Measurement-Standards-Uncertainty/dp/B01H6EFYNA/ref=sr_1_37, and the ASIN (Amazon Standard Identification Number) of the counterfeit product was: B01H6EFYNA. We purchased a copy of this product and determined it to be a counterfeit based on the facts that: (1) official API standards are bound differently; (2) the counterfeit copy is stapled on the side and the genuine API standard is not; and (3) there is no watermark on any of the pages of the counterfeit standard. On behalf of our client, we submitted a notice through Amazon's online copyright infringement form in an effort to have this unauthorized counterfeit product removed from the Amazon.com web site. In response, Amazon promptly removed the product (*see* Complaint ID 839448421).

We subsequently learned that this seller has been selling numerous other copies of API's publications, many of which display the API logo. *See* Ex. A (list of thirty-seven infringing URLs). Based on the counterfeit copy referred to above, and the number of URLs listed on Exhibit A, we have reason to believe this seller is operating a counterfeit scheme on Amazon on a much larger scale. In fact, since our first notice to Amazon, we have identified and submitted notices to Amazon regarding fifty-eight additional counterfeit products sold by "mediaus:"

- Feb. 11, 2017 - 30 listings removed (notified via email; no Complaint ID provided);
- Feb. 27, 2017 - 5 listings removed (Complaint ID: 865316371);
- Feb. 28, 2017 - 4 listings removed (Complaint IDs: 866053211, 866053221, 866053181, and 866053201);
- Mar. 1, 2017 - 1 listing removed (Complaint ID: 7586249431);
- Mar. 2, 2017 - 3 listings removed (Complaint ID: 867296821);
- Mar. 2, 2017 - 5 listings removed (Complaint ID: 868173791);
- Mar. 3, 2017 - 5 listings removed (Complaint ID: 869320031);
- Mar. 6, 2017 - 3 listings removed (Complaint ID: 872017821);
- Mar. 6, 2017 - 1 listing removed (Complaint ID: 872017801);
- Mar. 7, 2017 - 1 listing removed (Complaint ID: 873473921).

Despite all these counterfeit products identified, Amazon has still not disabled this seller's Amazon account, or identified the true identity of this seller to Amazon.

This seller's unauthorized use of the API logo falsely suggests to consumers that this Amazon seller is an authorized distributor of API standards. This unauthorized and confusing use of the API standards and the API logo constitute copyright and trademark infringement under the laws of the United States and other countries. These sales also violate both Amazon's Conditions of Use, which prohibit posting content that is illegal, infringes intellectual property, is injurious to consumers, or is inaccurate (*see* https://www.amazon.com/gp/help/customer/display.html/ref=footer_cou?ie=UTF8&nodeId=508088#GUID-45366177-ACDC-4474-9D20-9B8E71933D9C__section_61204EC3A0D64C09820BE2BC332A4AFA) and its Content Guidelines, which prohibit the sale of illegal products and unauthorized trademarked items (*see* http://www.amazon.com/gp/help/customer/display.html?nodeId=15015801).

Accordingly, API demands that Amazon:

1. disable the infringing URLs on the Amazon website identified on Exhibit A;

2. terminate this seller's Amazon account (the "mediaus" Amazon profile is located at the following URL: https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3EJQ88XHQLRQL&tab=&vasStoreID=).

3. provide us with the contact information for this Amazon seller so that API may take further steps to protect its valuable intellectual property rights.

We hereby certify that we: (1) are authorized to act on behalf API; (2) have provided an e-mail address to contact the undersigned; (3) have identified the infringing materials; (4) have a good-faith belief that use of the copyrighted and trademarked material described above is not authorized by the owner, its agent, or the law; and (5) swear, under penalty of perjury, that the information in this notification is accurate to the best of our knowledge.

Thank you for your attention to this matter.

Yours very truly,

B . Brett Heavner
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP

# Exhibit A

**"mediaus" Infringing URLs**

1. B0172VLM42 https://www.amazon.com/ABOVEGROUND-STORAGE-TANK-INSPECTOR-API/dp/B0172VLM42/ref=sr_1_15
2. B00PYDD0LY https://www.amazon.com/Specification-Management-Requirements-Organization-Industries/dp/B00PYDD0LY/ref=sr_1_17
3. B00PYB75RQ https://www.amazon.com/CHAPTER-Determination-Water-Crude-Distillation/dp/B00PYB75RQ/ref=sr_1_18
4. B00PYAUG1Y https://www.amazon.com/Nondestructive-Examination-Services-Equipment-Petroleum/dp/B00PYAUG1Y/ref=sr_1_19
5. B00PXLX53A https://www.amazon.com/API-MPMS-CHAPTER-8-1-Sampling/dp/B00PXLX53A/ref=sr_1_20
6. B00PXLV988 https://www.amazon.com/Inspection-Fired-Boilers-Heaters-Third/dp/B00PXLV988/ref=sr_1_22
7. B00PXKADPY https://www.amazon.com/API-Welding-Inspection-Metallurgy-Second/dp/B00PXKADPY/ref=sr_1_23
8. B00PXIXUII https://www.amazon.com/Pressure-Equipment-Integrity-Incident-Investigation/dp/B00PXIXUII/ref=sr_1_24
9. B00PXIU9R8 https://www.amazon.com/Inspection-Existing-Atmospheric-Low-pressure-Storage/dp/B00PXIU9R8/ref=sr_1_25
10. B00PXH63ME https://www.amazon.com/Corrosion-Under-Insulation-Fireproofing-First/dp/B00PXH63ME/ref=sr_1_26
11. B00PXFWJ3S https://www.amazon.com/API-Integrity-Operating-Windows-First/dp/B00PXFWJ3S/ref=sr_1_27
12. B01KG53DJ8 https://www.amazon.com/API-PUBL-4782/dp/B01KG53DJ8/ref=sr_1_34
13. B01JJW3WE0 https://www.amazon.com/Recommended-Operation-Inspection-Maintenance-Structures/dp/B01JJW3WE0/ref=sr_1_35
14. B01CTFUL20 https://www.amazon.com/API-Risk-Based-Inspection-Technology-Third/dp/B01CTFUL20/ref=sr_1_39
15. B014NBT85Y https://www.amazon.com/Environmental-Associated-Exploration-Production-Operations/dp/B014NBT85Y/ref=sr_1_51

16. B0105D4MMI https://www.amazon.com/Recommended-Practice-Pipeline-Management-Systems/dp/B0105D4MMI/ref=sr_1_53

17. B0105D4MMI https://www.amazon.com/Recommended-Practice-Pipeline-Management-Systems/dp/B0105D4MMI/ref=sr_1_53

18. B0105CXNDI https://www.amazon.com/18TR1-Guidance-Changes-Ninth-First/dp/B0105CXNDI/ref=sr_1_54

19. B0105CPM8C https://www.amazon.com/Corrosion-Resistant-Bolting-Petroleum-Industries/dp/B0105CPM8C/ref=sr_1_1

20. B00YQQN6T6 https://www.amazon.com/Recommended-Practice-Testing-Operation-Multiphase/dp/B00YQQN6T6/ref=sr_1_56

21. B00YDGR4WO https://www.amazon.com/Specification-Subsurface-Assemblies-Components-Thirteenth/dp/B00YDGR4WO/ref=sr_1_58

22. B00WRYMX7U https://www.amazon.com/API-SPEC-Line-Pipe-Fourth/dp/B00WRYMX7U/ref=sr_1_59

23. B00WRYKR7S https://www.amazon.com/SPEC-Choke-Kill-Equipment-Second/dp/B00WRYKR7S/ref=sr_1_60

24. B00WRYG7K4 https://www.amazon.com/Recommended-Practice-Flowline-Connectors-Jumpers/dp/B00WRYG7K4/ref=sr_1_61

25. B00WRYCWGW https://www.amazon.com/Shell-tube-Heat-Exchangers-Ninth/dp/B00WRYCWGW/ref=sr_1_62

26. B00WRVIK7U https://www.amazon.com/Designing-Constructing-Structures-Pipelines-Conditions/dp/B00WRVIK7U/ref=sr_1_63

27. B00WRVFR08 https://www.amazon.com/Calculation-Heater-tube-Thickness-Petroleum-Refineries/dp/B00WRVFR08/ref=sr_1_64

28. B00WRUPBS2 https://www.amazon.com/ADDENDUM-Addendum-Stainless-Castings-Petroleum/dp/B00WRUPBS2/ref=sr_1_65

29. B00WRTZXO0 https://www.amazon.com/Packers-Bridge-Plugs-Third-14310/dp/B00WRTZXO0/ref=sr_1_66

30. B00USSLU6M https://www.amazon.com/SPEC-Clad-Lined-Steel-Fourth/dp/B00USSLU6M/ref=sr_1_67

31. B00USQHZRM https://www.amazon.com/17TR12-Consideration-External-Pressure-Equipment/dp/B00USQHZRM/ref=sr_1_68

32. B00TNJEAP0 https://www.amazon.com/API-STD-Steel-Gate-Valves/dp/B00TNJEAP0/ref=sr_1_1

33. B00TNJ247Q https://www.amazon.com/CHAPTER-ADDENDUM-Addendum-4-Proving-2-Displacement/dp/B00TNJ247Q/ref=sr_1_70

34. B00TNIVR0M https://www.amazon.com/Duplex-Stainless-Steels-Refining-Industry/dp/B00TNIVR0M/ref=sr_1_71

35. B00QW3OP0K https://www.amazon.com/Operation-Maintenance-Offshore-Cranes-Seventh/dp/B00QW3OP0K/ref=sr_1_72

36. B00QW3M4NK https://www.amazon.com/Form-wound-Squirrel-Cage-Induction-Motors-500-Horsepower/dp/B00QW3M4NK/ref=sr_1_73

37. B00Q3WCYJ4 https://www.amazon.com/Deepwater-Well-Design-Construction-First/dp/B00Q3WCYJ4/ref=sr_1_74

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**IN RE: DMCA SUBPOENA )
TO: Amazon.com, Inc. )**

**DECLARATION OF B. BRETT HEAVNER**

I, B. Brett Heavner, declare and testify as follows:

1. I am a partner at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and am admitted to practice law in the District of Columbia. I am authorized to represent the intellectual property interests of American Petroleum Institute.

2. On behalf of American Petroleum Institute, I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to identify the person(s) infringing American Petroleum Institute's copyrighted works as identified in the attachment to this declaration.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringer, and such information will only be used for the purpose of protecting rights under 17 U.S.C. § 101 *et seq.*

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. This declaration is executed on this 24 day of March 2017.

B. Brett Heavner, DC Bar # 437337